# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH DAKOTA
ROOM 211
FEDERAL BUILDING AND U.S. POST OFFICE
225 SOUTH PIERRE STREET
PIERRE, SOUTH DAKOTA 57501-2463

IRVIN N. HOYT
BANKRUPTCY JUDGE

TELEPHONE (605) 224-0560
FAX (605) 224-9020

VIA FACSIMILE TRANSFER

September 26, 2005

Bruce J. Gering,
Assistant United States Trustee
230 S. Phillips Ave., #502
Sioux Falls, South Dakota   57102

David L. Claggett, Esq.
Counsel for Debtors
522 Main Street
Spearfish, South Dakota   57783

    Subject:   In re Mark A. and Jolene T. BeVier,
                    Chapter 7, Bankr. No. 05-50209

Dear Counsel:

    I have reviewed the parties' briefs regarding the United States Trustee's motion to dismiss for substantial abuse. Given Debtors' income level, amount of debt, and the total they are spending on housing (numbers on which the parties do not have a material disagreement), and in light of the case law submitted by the United States Trustee, there is simply no scenario Debtors could present that would justify their extremely high housing costs. To allow Debtors to continue such expenditures while still receiving a Chapter 7 discharge would constitute a substantial abuse of the bankruptcy process.

    The evidentiary hearing set for October 5, 2005, is cancelled. If Debtors do not voluntarily convert their case to a Chapter 13 case within ten days, the case will be dismissed upon Assistant U.S. Trustee Gering's affidavit of default.

    The Court cautions Debtors that just converting their case to a Chapter 13 may not solve their problem. Excessive housing expenses may also preclude confirmation of a Chapter 13 plan on good faith grounds. See 11 U.S.C. § 1325(a)(3); In re Baird, 2005 WL 612863, slip op. (Bankr. N.D. Iowa March 10, 2005); In re Henry, 328 B.R. 529 (Bankr. S.D. Ohio 2004), In re Leone, 292 B.R. 243 (Bankr. W.D. Pa. 2003).

Sincerely,

Irvin N. Hoyt
Bankruptcy Judge

I hereby certify that a copy of this document was mailed, hand delivered, or faxed this date to the parties on the attached service list.

SEP 2 6 2005

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court, District of South Dakota
By_____

NOTICE OF ENTRY
Under F.R.Bankr.P. 9022(a)
Entered
SEP 2 6 2005
Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

INH:sh

CC:   case file (docket original; serve parties in interest)

Jolene Teresa BeVier
9950 Echo Valley Court
Rapid City, SD 57702


Mark Alan BeVier
9950 Echo Valley Court
Rapid City, SD 57702


Stephanie C. Bengford
Assistant U.S. Attorney
PO Box 3303
Sioux Falls, SD 57101-3303


David Claggett
522 Main
Spearfish, SD 57783


Bruce J. Gering
Office of the U.S. Trustee
230 S Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321


David E. Lust
PO Box 8045
Rapid City, SD 57709


Dennis C. Whetzal
PO Box 8285
Rapid City, SD 57709